413 So.2d 725 (1982)
Robert Leslie BRADLEY
v.
STATE of Mississippi.
No. 53278.
Supreme Court of Mississippi.
May 5, 1982.
Donald J. Steighner, Columbus, Darryl C. Thomas, J. Terry Davis, Pascagoula, for appellant.
Bill Allain, Atty. Gen. by Catherine Walker Underwood, Sp. Asst. Atty. Gen., Jackson, for appellee.
Before SMITH and WALKER, P. JJ., and DAN M. LEE, J.
MURDER CONVICTION REVERSED, AND CASE REMANDED FOR RESENTENCING ON MANSLAUGHTER.
All Justices concur.